FILED

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

2025 OCT 30 AM 11: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___ КМ

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:25-mj-06733 |
| V. | |
| REYES, VIRGINIA | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1.  The defendant was arrested in this district on October 29, 2025 ___ at 6:00 ___ ☒ AM ☐ PM

    or

    The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☐ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):    ☐ Yes    ☐ No

4.  Charges under which defendant has been booked:

    18 U.S.C. §372 (Conspiracy to Impede or Injure a Federal Officer)

5.  Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6.  Interpreter Required:    ☒ No    ☐ Yes    Language: _____

7.  Year of Birth: 1993

8.  Defendant has retained counsel:    ☐ No

    ☐ Yes    Name: _____    Phone Number: _____

9.  Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Eric Diaz _____ (please print)

12. Office Phone Number: 562-774-8271

13. Agency: HSI

14. Signature: _____

15. Date: 10/30/2025

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION