FILED
CLERK, U.S. DISTRICT COURT
11/18/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RYO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00945-MEMF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 372: Conspiracy to Impede a Federal Officer; 18 U.S.C. § 111(a)(1), (b): Assault on Federal Officer Using a Deadly or Dangerous Weapon and Inflicting Bodily Injury; 18 U.S.C. § 1361: Depredation of Government Property] |
| VIRGINIA REYES, and ISAI CARRILLO, | |
| Defendants. | |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this indictment

1. VC Defensa was a volunteer organization that divided Ventura County into four geographic areas with a manager for each specific area. The organization operated a web presence at "www.vcdefensa.org" and various social media platforms which posted protest-related information and information about their Rapid Response Network ("RRN") activities, which information also included the identification of "ICE" vehicles believed to be associated with

federal immigration enforcement activities by U.S. Immigration and Customs Enforcement.

    2.   VIRGINIA REYES joined VC Defensa in or about June 2025.

    3.   ISAI CARRILLO joined VC Defensa in or about June 2025.

    4.   On or about July 10, 2025, federal law enforcement agencies executed multiple federal search warrants at work-site locations in Camarillo and Oxnard, California, including one located on Laguna Road in Camarillo, California (the "Glass House Farms").

COUNT ONE

[18 U.S.C. § 372]

[ALL DEFENDANTS]

Paragraphs 1 through 3 of the Introductory Allegations of this Indictment are re-alleged and incorporated here.

A.  OBJECTS OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, but no later than on or about June 10, 2025, and continuing to at least on or about October 29, 2025, in Ventura County, within the Central District of California, and elsewhere, defendants VIRGINIA REYES ("REYES") and ISAI CARRILLO ("CARRILLO") did knowingly and willfully conspire and agree with persons known and unknown to the Grand Jury to prevent by force, intimidation, and threats, officers and employees of the United States Department of Homeland Security ("DHS"), which includes the United States Border Patrol ("USBP") and Immigration and Customs Enforcement ("ICE"), from discharging the duties of their offices, in violation of Title 18, United States Code, Section 372.

B.  MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.  VC Defensa's RRN activities included mobile vehicle anti-ICE patrols to pursue DHS agents for the purpose of disrupting their law enforcement operations.

2.  To facilitate this, VC Defensa operated a telephone hotline where members could call to report ICE sightings and other law enforcement activities.  This hotline was advertised in organization

documents and was posted on the VC Defensa website and its various social media pages.

3. VC Defensa members, including defendants REYES and CARRILLO, utilized at least one encrypted third-party application to communicate internally during their anti-ICE patrols and counter-surveillance activities to update other members about the location of DHS agents, take photographs of vehicles, collect information on DHS agents and operations.

4. VC Defensa also communicated with its members and others via social media posts.

5. VC Defensa coordinated their anti-ICE patrols with at least one other RRN organization.

6. VC Defensa members, including defendants, traveled to locations where DHS agents were present to disrupt law enforcement operations.

C. OVERT ACTS

On or about the following dates, in furtherance of the conspiracy and to affect the illegal objects thereof, defendants REYES and CARRILLO, and others known and unknown to the Grand Jury, committed various overt acts, within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1: On June 10, 2025, defendant REYES sent a photograph text to defendant CARRILLO of a large square white plastic piece that was made into a shield with spray painted red lettering that stated, "ICE OUT!!". Defendant REYES then stated, "Made em myself", and defendant CARRILLO replied, "Dope Buy some laser pointers green ones".

4

Overt Act No. 2:   On July 10, 2025, VC Defensa communicated with its members and the public to go to a business known as the Glass House Farms in Camarillo, California where DHS agents were performing their official duties.  Defendants went to the location.

Overt Act No. 3:   On July 10, 2025, at the Glass House Farms, defendant REYES and others built a roadblock to prevent U.S. Government vehicles from departing via the main exit of the Glass House Farms.

Overt Act No. 4:   On July 10, 2025, at the Glass House Farms, REYES used her vehicle to block federal officers in U.S. Government vehicles from leaving the location via an alternate exit, while other individuals blocked the U.S. Government vehicles with their bodies, a vehicle, and a bicycle.

Overt Act No. 5:   On July 10, 2025, at the Glass House Farms, while REYES and others blocked the U.S. Government vehicles, CARRILLO and others threw large rocks at the U.S. Government vehicles, damaging at least five vehicles and injuring at least one federal contractor assisting officers and employees of the Department of Homeland Security.

Overt Act No. 6:   On July 10, 2025, at the Glass House Farms, at or around the time that defendant REYES blocked U.S. Government vehicles and defendant CARRILLO threw rocks at US Government vehicles, defendant REYES made telephone calls to the VC Defensa hotline telephone number.

Overt Act No. 7:   On July 30, 2025, defendants REYES and CARRILLO exchanged messages regarding pursuing U.S. Government vehicles.  Defendant CARRILLO stated, "Tail gate closer so they won't get between you any the other vehicles".  Defendant REYES stated,

5

"They tend to reverse and break check". Defendant CARRILLO stated, "Nah don't let them get the chance . . . What you need is someone with a bike . . . Don't give them the opportunity to get between you them . . ." Defendant REYES stated, "So they can get hit and go flying". Defendant CARRILLO stated, "It's a strategic counter defense".

    <u>Overt Act No. 8:</u>   On August 6, 2025, REYES and others known and unknown to the Grand Jury, damaged the tire of a U.S. Government vehicle that was engaged in operations and left signs on the vehicle identifying the vehicle as an ICE vehicle.

COUNT TWO

[18 U.S.C. §§ 111(a)(1), (b); 2(a)]

[ALL DEFENDANTS]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendants VIRGINIA REYES, ISAI CARRILLO, and others known and unknown to the Grand Jury, each aiding and abetting the other, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim C.M., a federal contractor employed by GS4 and assisting officers and employees of the Department of Homeland Security, a federal agency, while he was engaged in, and on account of, the performance of his official duties, and in doing so, used a deadly and dangerous weapon, namely, large rocks.

COUNT THREE

[18 U.S.C. §§ 1361; 2(a)]

[ALL DEFENDANTS]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendants VIRGINIA REYES, ISAI CARRILLO, and others known and unknown to the Grand Jury, each aiding and abetting the other, willfully injured and committed a depredation against property of the United States, namely, a 2020 Ford Transit Van with a vehicle identification number ending in 2802 used by the Department of Homeland Security, causing damage in excess of $1,000.00.

COUNT FOUR

[18 U.S.C. §§ 111(a)(1), (b); 2(a)]

[ALL DEFENDANTS]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendants VIRGINIA REYES, ISAI CARRILLO, and others known and unknown to the Grand Jury, each aiding and abetting the other, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim A.A., a federal contractor employed by GS4 and assisting officers and employees of the Department of Homeland Security, a federal agency, while she was engaged in, and on account of, the performance of her official duties, and in doing so, used a deadly and dangerous weapon, namely, large rocks, and in doing so inflicted bodily injury on victim A.A.

COUNT FIVE

[18 U.S.C. §§ 1361; 2(a)]

[ALL DEFENDANTS]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendants VIRGINIA REYES, ISAI CARRILLO, and others known and unknown to the Grand Jury, each aiding and abetting the other, willfully injured and committed a depredation against property of the United States, namely, a 2021 Ford Transit Van with a vehicle identification number ending in 2793 used by the Department of Homeland Security, causing damage in excess of $1,000.00.

COUNT SIX

[18 U.S.C. §§ 111(a)(1), (b); 2(a)]

[ALL DEFENDANTS]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendants VIRGINIA REYES, ISAI CARRILLO, and others known and unknown to the Grand Jury, each aiding and abetting the other, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim P.W., an employee with the Department of Homeland Security, while he was engaged in, and on account of, the performance of his official duties, and in doing so, used a deadly and dangerous weapon, namely, large rocks.

COUNT SEVEN

[18 U.S.C. §§ 1361; 2(a)]

[ALL DEFENDANTS]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendants VIRGINIA REYES, ISAI CARRILLO, and others known and unknown to the Grand Jury, each aiding and abetting the other, willfully injured and committed a depredation against property of the United States, namely, a 2020 Ford Fusion with a vehicle identification number ending in 2015 used by the Department of Homeland Security, causing damage in excess of $1,000.00.

COUNT EIGHT

[18 U.S.C. §§ 111(a)(1), (b); 2(a)]

[ALL DEFENDANTS]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendants VIRGINIA REYES, ISAI CARRILLO, and others known and unknown to the Grand Jury, each aiding and abetting the other, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim D.J., an employee with the Department of Homeland Security, while he was engaged in, and on account of, the performance of his official duties, and in doing so, used a deadly and dangerous weapon, namely, large rocks.

COUNT NINE

[18 U.S.C. §§ 1361; 2(a)]

[ALL DEFENDANTS]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendants VIRGINIA REYES, ISAI CARRILLO, and others known and unknown to the Grand Jury, each aiding and abetting the other, willfully injured and committed a depredation against property of the United States, namely, a 2019 Chevrolet Tahoe with a vehicle identification number ending in 9247 used by the Department of Homeland Security, causing damage less than $1,000.00.

COUNT TEN

[18 U.S.C. §§ 111(a)(1), (b); 2(a)]

[ALL DEFENDANTS]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendants VIRGINIA REYES, ISAI CARRILLO, and others known and unknown to the Grand Jury, each aiding and abetting the other, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim O.S., an employee with the Department of Homeland Security, while he was engaged in, and on account of, the performance of his official duties, and in doing so, used a deadly and dangerous weapon, namely, large rocks.

## COUNT ELEVEN

[18 U.S.C. §§ 1361; 2(a)]

[ALL DEFENDANTS]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendants VIRGINIA REYES, ISAI CARRILLO, and others known and unknown to the Grand Jury, each aiding and abetting the other, willfully injured and committed a depredation against property of the United States, namely, a 2020 Ford Expedition with a vehicle identification number ending in 2070 used by the Department of Homeland Security, causing damage in excess of $1,000.00.

COUNT TWELVE

[18 U.S.C. §§ 1361; 2(a)]

[VIRGINIA REYES]

On or about August 6, 2025, in Ventura County, within the Central District of California, defendant VIRGINIA REYES, and others known and unknown to the Grand Jury, each aiding and abetting the other, willfully injured and committed a depredation against property of the United States, namely, a 2020 Hyundai Sonata with a vehicle identification number ending in 4106 used by the Department of Homeland Security, causing damage less than $1,000.00.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

PATRICK D. KIBBE
Assistant United States Attorney
General Crimes Section