FILED
CLERK, U.S. DISTRICT COURT

NOV - 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, v. | 2:25-mj-06733-DUTY |
| VIRGINIA REYES, DEFENDANT/MATERIAL WITNESS, | AFFIDAVIT OF THIRD-PARTY CUSTODIAN |

Having been ordered by the Court on __October 30, 2025__ to take third-party custody of defendant __Virginia Reyes__ I, __Reem Yassin__ agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_[signature]_
Signature of Third-Party Custodian (Person or Organization)

Friend
Relationship to Defendant/Material Witness

Address (only if the above is an organization)

~~Moorpark, CA~~ Oxnard, CA
City and State only

~~805-915-7073~~ 805-232-8651
Telephone Number

Date: November 02, 2025  (03)

AFFIDAVIT OF THIRD-PARTY CUSTODIAN

CR-31 (03/15)