UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. 2:25-cr-00945-MEMF | | Date: 11/25/2025 |
| Present: The Honorable: Alicia G. Rosenberg, United States Magistrate Judge | | |
| Interpreter N/A | | Language N/A |
| Karl Lozada | CS 11/25/2025 | Christina Lopez |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✔ Present | Released on Bond | Attorneys for Defendants: ✔ Present | CJA |
|---|---|---|---|
| Virginia Reyes | | Gregory Nicolaysen | |

**Proceedings:** Arraignment of Defendant and/or   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Maame Ewusi-Mensah Frimpong.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/12/2026 8:30 AM;
Status Conference: 12/11/2025 2:00 PM
* Government counsel provides trial estimate of 3-4 days.
* Judge Frimpong is located in 8B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA        PSAED        PSASA             Initial Appearance/Appointment of Counsel: 00 : 00
      USMLA        USMED        USMSA                                          Arraignment: 00 : 02
      Statistics Clerk          Interpreter                        Initials of Deputy Clerk: KL by TRB
   ✔ CJA Supervising Attorney  Fiscal