1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.: 2:25-cr-00945-MEMF |
|---|---|
| Plaintiff, | **ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [DKT. NO. 68]** |
| v. | |
| VIRGINIA REYES, AND, ISAI CARRILLO, | **TRIAL DATE: Monday, June 22, 2026** |
| Defendants. | **FINAL PRETRIAL CONFERENCE DATE: Wednesday, June 10, 2026** |

21  The Court has read and considered the Stipulation Regarding Request for (1) Continuance of
22 Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the
23 parties in this matter on December 19, 2025. Dkt. No. 68. The Court hereby finds that the
24 Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that
25 support a continuance of the trial date in this matter, and provides good cause for a finding of
26 excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
27  The Court further finds that: (i) the ends of justice served by the continuance outweigh the
28 best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would

be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from Monday January 12, 2026, to Monday, June 22, 2026,[1] at 8:30 a.m.  The Final Pretrial Conference is set for Wednesday, June 10, 2026, at 10:00 a.m.

2. The time period of Monday January 12, 2026, to Monday, June 22, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on Monday, June 22, 2026, at 8:30 a.m., for trial, and on Wednesday, June 10, 2026, at 10:00 a.m., for the Final Pretrial Conference.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

5. Per the Court's Criminal Standing Order, the government shall file and email to Chambers the following pretrial documents **no later than Wednesday, June 3, 2026**[2]:

    - Trial memorandum;
    - Witness list;
    - Exhibit list;

---

[1] The parties have selected a date on which the Court has other criminal trials scheduled. The parties are advised that this trial may need to trail behind any previously scheduled trials.

[2] Although the Court's Criminal Standing Order requires that pretrial documents be filed one week before the FPTC, the Court orders herein that all pretrial documents be due one week and one day prior to the FPTC.

- Case-specific glossary for the Court Reporter;
- Joint jury instructions in the form described below;
- Joint proposed verdict form; and
- Proposed voir dire questions, if any.

IT IS SO ORDERED.

Dated: January 5, 2026

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

3