**GREGORY NICOLAYSEN (State Bar 98544)**
**27240 Turnberry Lane, Suite 200**
**Valencia, CA 91355**
**Cell: (818) 970-7247**
**Fax: (661) 252-6023**
**Email: gregnicolaysen@aol.com**

**Counsel For Defendant,**
**Virginia Reyes**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2-25-CR-945 MEMF |
| Plaintiff, | |
| v. | STIPULATION TO MODIFY BOND FOR DEFENDANT VIRGINIA REYS |
| VIRGINIA REYES, et. al., | |
| Defendants. | |

TO: THIS HONORABLE COURT AND ASSISTANT UNITED STATES ATTORNEY
COLIN S. SCOTT:

PLAINTIFF United States of America, by and through Assistant United States
Attorney Colin S. Scott, and defendant Virginia Reyes, by and through her CJA counsel
of record, Gregory Nicolaysen, stipulate as follows:

### A.    Procedural Background

On October 30, 2025, Defendant Virginia Reyes made her initial appearance
before the duty magistrate, at which time her current CJA counsel was appointed and
bond was set, which included the following location monitoring condition (Pacer #9):

**Home detention with ankle monitoring with GPS requiring defendant to remain at home at all times except for employment, education, religious services, medical needs or treatment, attorney visits, court appearances and obligations, essential needs, and child care, all of which must be pre-approved by the Supervising Agency.**

**On May 4, 2026, defense counsel Gregory Nicolaysen spoke with Pretrial Services officer Manuel Ibanez, who supervises Ms. Reyes' location monitoring.  Mr. Ibanez advised that he and Pretrial officer Keisbel Jones, who is Ms. Reyes' primary supervising officer, agree that Ms. Reyes has been in full compliance with bond conditions, and that Pretrial Services supports a modification of the bond to remove the home detention component of bond and replace it with a curfew.  The government does not object to the modification.**

**B.      Stipulated Modification**

**The parties stipulate that bond conditions for defendant Virginia Reyes shall be modified to replace the home detention component of location monitoring with a curfew, with the hours to be set by the supervising agency.  All other bond conditions shall remain unchanged.**

**A proposed order is being lodged concurrently with this stipulation,**

**IT IS SO STIPULATED.**

DATED:    May 13, 2026          **TODD BLANCHE**
                                **Acting Attorney General**

                                **BILAL A. ESSAYLI**
                                **First Assistant United States Attorney**


                                _____/S/_____
                                **COLIN S. SCOTT**
                                **Attorneys for Plaintiff,**
                                **UNITED STATES OF AMERICA**
                                *[On May 13, 2026, AUSA Colin Scott  approved*
                                *the stip and proposed order, and authorized*
                                *defense counsel by email to sign and file.]*


DATED:    May  13, 2026         _____/S/_____
                                **GREGORY NICOLAYSEN**
                                **Attorney for Defendant,**
                                **Virginia Reyes**