# Exhibit A

Case 2:25-cr-00945-MEMF    Document 82-1    Filed 07/22/26    Page 1 of 3   Page ID #:534

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 25-00945(A) |
|---|---|
| Plaintiff, | S U P E R S E D I N G<br>I N F O R M A T I O N |
| v. | |
| ISAI CARRILLO, | [18 U.S.C. § 111(a)(1): Assault on a Person Assisting a Federal Officer] |
| Defendant. | [CLASS A MISDEMEANOR] |

The United States of America charges

[18 U.S.C. § 111(a)(1)]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendant ISAI CARRILLO intentionally and forcibly assaulted, resisted, opposed, impeded intimidated, and interfered with Department of Homeland Security officers and

//

//

employees of the United States in the performance of official duties, while they were engaged in, and on account of, the performance of their official duties, in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States
Attorney


IAN V. YANNIELLO
Chief Assistant United States
Attorney
Chief, National Security Division

COLIN S. SCOTT
Assistant United States Attorney
National Security Division