FILED
CLERK, U.S. DISTRICT COURT
8/11/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ISAI CARRILLO,<br>Defendant. | CR No. 25-00945(A)-MEMF<br>S U P E R S E D I N G I N F O R M A T I O N<br>[18 U.S.C. § 111(a)(1): Assault on a Person Assisting Federal Officers and Employees]<br>[CLASS A MISDEMEANOR] |

The United States of America charges

[18 U.S.C. § 111(a)(1)]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendant ISAI CARRILLO intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Department of Homeland Security contractors assisting Department of Homeland Security officers and employees of the United States in the performance of official duties, while

///

///

they were engaged in, and on account of, the performance of their official duties, in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

LANA MORTON OWENS
Acting Chief, National Security Division
Assistant United States Attorney

COLIN S. SCOTT
Assistant United States Attorney
National Security Division